# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILBERSON SEVERE DALICIER,** | : | Civil No. 1:25-CV-672 |
| **Plaintiff,** | : | |
| v. | : | |
| **JPMORGAN CHASE BANK, N.A.,** | : | (Magistrate Judge Carlson) |
| **Defendant.** | : | |

## ORDER

AND NOW, this 9th day of September 2025, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED as follows:

1. The defendant's motion to dismiss (Doc. 20), is GRANTED and this case is DISMISSED with prejudice.

2. Dalicier's leave to proceed *in forma pauperis* is REVOKED and he is now subject to the pre-filing injunction previously entered by this Court.

3. Dalicier's motion for summary judgment in his favor is DENIED. (Doc. 25).

4. JPMorgan Case's motion to strike the plaintiff's summary judgment motion (Doc. 30), is DISMISSED as moot.

5. The clerk shall CLOSE this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
